## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

FELICIA LITTLE,

        Respondent

        v.

FRANK E. LITTLE,

        Petitioner

: No. 287 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.